(October 19, 1970)

E. Bradlee Boal et al., Respondents, v. Bernard E. Smith, Jr. et al., Appellants.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

Malcolm Cornell, Inc., et al., Petitioners, v. State Division of Human Rights et al., Respondents.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.